998

No. 83-5313. HACHLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83-5326. FIELDS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83-5330. DUNCAN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 83-5361. MOORE v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 83-5370. MYERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83-5374. JONES ET AL. v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY. C. A. 9th Cir. Certiorari denied.

No. 83-5394. CALDERON v. DEPARTMENT OF THE ARMY ET AL. C. A. 4th Cir. Certiorari denied.

No. 83-5415. THOMAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83-5445. ONDRUSEK v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 83-5451. TIJERINA v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 83-5464. DAVIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83-5469. RUSS v. UNITED STATES POSTAL SERVICE ET AL. C. A. 7th Cir. Certiorari denied.

No. 83-5473. MCFADDEN v. LUCAS, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83-5474. WHITE v. COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 83-5477. YELVERTON v. BLUE BELL, INC. C. A. 4th Cir. Certiorari denied.